**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LOUISA HONEYCUTT,** | : **Civil No. 1:26-CV-0878** |
| **Plaintiff,** | : |
| **v.** | : |
| | : **(Chief Magistrate Judge Bloom)** |
| **FRANK BISIGNANO,**<br>**Commissioner of Social Security,** | : |
| **Defendant.** | : |

**ORDER**

AND NOW, this 3rd day of November 2026, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge